**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-60264
_____


VICTORIA WYN SASSER, DAUGHTER AND SOLE WRONGFUL
DEATH BENEFICIARY OF JIMMIE C. SASSER,
DECEASED,

Plaintiff-Appellant,

VERSUS

ELLIOTT TUCKER, M.D. and SENATOBIA COMMUNITY HOSPITAL,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
(3:96-CV-57-JAD)
_____

February 9, 1998

Before DAVIS, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

After reviewing the record in this case we are persuaded that this case was fairly presented to the jury and appellant presents no legitimate basis for interfering with the judgment entered on its verdict. Because we find no reversible error, the judgment of the district court is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.